JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL NAVARRO,<br><br>  Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>  Defendant. | Case No. CV 18-9816-JPR<br><br>**J U D G M E N T** |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED that (1) Plaintiff's request for an order reversing the Commissioner's decision and awarding benefits or remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming his final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: December 16, 2019

_____
JEAN ROSENBLUTH
U.S. Magistrate Judge